FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
# Central District Of California

### 255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
## CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Rodrigo Palisoc

**BANKRUPTCY NO.** 2:10–bk–19787–EC

**CHAPTER** 13

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):  xxx–xx–8701
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 4/14/10

**Address:**
400 N Normadie Pl
Los Angeles, CA 90004

Based on debtor's request, IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

Dated: April 14, 2010

BY THE COURT,
**Ellen Carroll**
United States Bankruptcy Judge